AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
HANNAH BOGEN (Bar No. 324294)
(E-Mail: Hannah_Bogen@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4863
Facsimile: (213) 894-0081

Attorneys for Defendant
JACKSON TAFUR

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JACKSON TAFUR,

Defendant.

Case No. 2:26-cr-00336-JLS

**LETTER IN SUPPORT OF DEFENDANT'S SENTENCING POSITION**

Madelein Guerrero
[redacted]
Los Angeles, CA
October 7, 2026
Hannah Bogen
Federal Public Defender's Office
RE: Character Letter for Jackson Tafur

Dear Ms. Bogen:

My name is Madelein Guerrero, and I am writing this letter on behalf of Jackson Tafur. I had the opportunity to know Jackson through my time as a live-in nanny for Cielo Garcia and her children. During that time, I was able to personally observe Jackson's character, the way he treated Cielo, and the relationship he had with the children.

From the time I knew Jackson, I saw him as a caring, kind-hearted, and supportive person. He was someone who cared deeply about his family and the people around him. He was not only a loving partner to Cielo, but he also treated her children with care, patience, and affection. I saw the way he interacted with them and how important their well-being was to him.

Jackson was also a loving and involved father to his own son. From what I personally observed, being a father was very important to him. He cared about his son, wanted to be present in his life, and made an effort to provide love, support, and guidance. The love and concern he showed for his son demonstrated to me that he takes his responsibilities as a father seriously.

I also witnessed Jackson being a positive father figure to Cielo's children. He cared about their happiness and safety and treated them as part of his family. The children were comfortable around him, and I could see that they trusted and cared for him. He was someone they could look to for support and affection.

As a partner, Jackson was also supportive of Cielo and her family. I witnessed him being there for her during difficult times and trying to help provide for the household. He has a kind heart, and despite the difficulties he has faced, I believe there is good in him and that he genuinely cares about the people he loves.

One of the things that stood out to me most about Jackson was the love he had for his family. He was not someone I viewed simply as Cielo's partner; I saw him become an important part of the children's lives as well. He cared about them, spent time with them, and wanted them to be happy.

I understand that Jackson is currently facing a difficult situation, and I know that the Court will consider many factors. I respectfully ask that his character, his role as a father, and the positive qualities I personally witnessed be taken into consideration. I believe Jackson has the capacity to continue being a loving father and positive presence in the lives of his children and family.

I am grateful for the opportunity to provide this letter and to share my personal experience with Jackson. I hope that my perspective helps provide a better understanding of the person I came to know.

Thank you for your time and consideration.

Sincerely,

Madelein Guerrero

[redacted]

Los Angeles, CA